**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2024

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**CISCO CRUZITO PINTO**, )<br><br>Defendant. ) | CRIMINAL NO. 24-309 DHU<br><br>Count 1: 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A):  Aggravated Sexual Abuse;<br><br>Count 2: 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C): Aggravated Sexual Abuse. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about September 14, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CISCO CRUZITO PINTO**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, and Jane Doe is at least four years younger than the Defendant, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to serious bodily injury, and the sexual act consisted of contact between the penis of Defendant and vulva of Jane Doe, involving penetration, however slight, of Jane Doe's vulva.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A).

Count 2

On or about September 14, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CISCO CRUZITO PINTO**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the age

of 12 years, but had not attained the age of 16 years, and the defendant was at least four years older than Jane Doe, by using force and by threatening and placing Jane Doe in fear that any person would be subjected to serious bodily injury, and the sexual act consisted of the penetration, however slight, of Jane Doe's genital opening by the defendant's hand and finger and by any object, with an intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney