FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 3 0 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 24-309-DHU |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153, 2244(a)(5), and |
| ) | 2246(3): Abusive Sexual Contact |
| **CISCO PINTO**, ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about September 13, 2023, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CISCO PINTO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe by using force against Jane Doe, a child who had attained the age of 12 years but had not attained the age of 16 years and is at least 4 years younger than **PINTO**, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitals either directly or through the clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

RYAN ELLISON
United States Attorney

*/s/ signature*
MEG TOMLINSON
Assistant United States Attorney
Albuquerque, New Mexico 87102