IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-CR-309-DHU |
| | ) | |
| v. | ) | |
| | ) | |
| **CISCO PINTO**, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION TO
### CONTINUE SENTENCING HEARING

The United States respectfully requests a brief continuance of the sentencing hearing scheduled for September 16, 2025, at 10:00 a.m. (Doc. 52). In support of this Motion, the United States submits as follows:

1. On February 22, 2024, the United States charged Defendant by Criminal Complaint with one count of Aggravated Sexual Abuse in Indian Country, in violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A). (Doc. 1, 1:24-mj-260-BPB).  On March 12, 2024, a federal grand jury indicted defendant on two counts of Aggravated Sexual Abuse, in violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A) (Count 1) and U.S.C. §§ 1153, 2241(c), and 2246(2)(C) (Count 2).

2. On May 30, 2025, Defendant pled guilty by information to one count of Abusive Sexual Contact, in violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

3. Defendant's sentencing in this case is presently set before Your Honor on September 16, 2025.

4. Undersigned counsel for the United States recently learned that the victim in this case, Jane Doe, is not able to attend the sentencing hearing on its currently scheduled date.  However,

she does wish to attend the sentencing hearing and would be able to attend the hearing on any later date in September or in early October.  Pursuant to 18 U.S.C. § 3771(a)(4), a crime victim has the right to be reasonably heard at sentencing.  The United States therefore requests a brief continuance of the sentencing hearing to another date within that timeframe, subject to the Court's availability.

5. Counsel for defendant, Assistant Federal Public Defender Hadley Brown, takes no position on this request and requests that if the hearing date is rescheduled, any filing deadlines be reset to correspond to the new hearing date.

### REQUEST FOR RELIEF

The United States respectfully requests this Court continue the September 16, 2025, sentencing setting.

Respectfully submitted,

**RYAN ELLISON**
United States Attorney

*/s/ Electronically filed August 7, 2025*
**MEG TOMLINSON**
Assistant United States Attorney
201 3rd St. NW
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on August 7, 2025, I filed the foregoing electronically through the CM/ECF system, which caused a copy of this Sealed Unopposed Motion to be sent to Defendant's counsel, Nicholas T. Hart.

*/s/ Electronically filed August 7, 2025*
**MEG TOMLINSON**
Assistant United States Attorney