# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE DAVID HERRERA URIAS

| | | | |
|---|---|---|---|
| CR No: | 24-309 DHU | USA vs. | Pinto |
| Date: | 10/2/25 | Defendant: | Cisco Pinto |

| | | | |
|---|---|---|---|
| Time In/Out: | 2:06-3:00 PM | Total Time in Court: | 54 minutes |
| Clerk: | J. Gonzales | Court Reporter: | S. Silva |
| AUSA: | Margaret Tomlinson | Defendant's Counsel: | Hadley Brown |
| Courtroom: | Mimbres | Probation Officer: | Andrea Maestas |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | | As to: | Information | Counts: |
| Guilty Plea: | | | Plea Agreement: | Accepted | |
| Date of Plea/Verdict: | 5/30/25 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | 180 months |

☐ 500-Hour Drug Program   ☒ BOP sex-offender treatment program   Other:

| | | | |
|---|---|---|---|
| **SUPERVISED RELEASE:** | 10 years | ☒ | Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

☒ Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc.
☒ Parties have no objections to the conditions listed in Attachment A.
☒ Parties waive reading of conditions.
☒ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed.

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|

Forfeit rights title & interest to:

### OTHER

☒ Waived Appeal Rights per Plea Agreement
☒ Remanded
☒ Recommended place(s) of incarceration: FCI Englewood, CO
☐ Dismissed Counts:

### PROCEEDINGS

Court in session – parties state appearances; Ms. Brown requests sentence of 120 months; Ms. Tomlinson requests sentence of 240 months; Jane Doe (victim) addresses Court; Defendant addresses Court.